**SEALED**

**FILED**

**Oct 27, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL VANDEVENTER,<br><br>              Defendant. | CASE NO. 1:20-mj-0120-BAM<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

   The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the flight of the target of the investigation and to prevent the disclosure of the ongoing investigation,

   IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: October 27, 2020

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant            1