# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:20-cr-00206 DAD |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL VANDEVENTER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Richard M. Oberto is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to November 12, 2020, in place of panel attorney, Emily de Leon. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**November 15, 2020**__     __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE