RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Michael Erin Vandeventer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL ERIN VANDEVENTER<br><br>*Defendant.* | NO. 1:20-CR-00206<br><br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (b)(3); ORDER |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant MICHAEL ERIN VANDEVENTER ("Mr. Vandeventer") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Vandeventer hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Vandeventer request that the Court allow his interest to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Vandeventer agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed notice to Mr. Vandeventer of the requirement of his personal presence.

DATED:  11/19/2020                    /s/ Michael Erin Vandeventer
                                       MICHAEL ERIN VANDEVENTER
                                       Defendant
                                       *Original signature retained by*
                                        *attorney Richard M. Oberto*


DATED:  11/19/2020                    /s/ Richard M. Oberto
                                       RICHARD M. OBERTO
                                       Attorney for Defendant,
                                       Michael Erin Vandeventer
                                       *Original signature retained by*
                                        *attorney Richard M. Oberto*

## **ORDER**

**IT IS HEREBY ORDERED** that the personal presence of Defendant MICHAEL ERIN VANDEVENTER is not required for proceeding that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3)


IT IS SO ORDERED.

Dated**:   November 23, 2020**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE