RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Michael Erin Vandeventer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:20-cr-00206 |
| *Plaintiff,* | |
| v. | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| MICHAEL ERIN VANDEVENTER, | |
| *Defendant.* | |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

The parties hereby stipulate that the pretrial release conditions of the defendant MICHAEL ERIN VANDEVENTER ("Mr. Vandeventer") should be modified to delete the electronic monitoring and curfew requirement. (*See* Dkt. 13, Order Setting Conditions of Release, Additional Conditions of Release, filed 11/10/20, condition no. 7 (j).) The stipulation is based on consultation the United States Pretrial Services Office ("PTSO"), which approves the stipulated modification here. The PTSO supervising officer has confirmed the following about Mr. Vandeventer: That he has maintained full compliance with his conditions of supervised release; that he has maintained full employment at the auto shop of his step-father, who also

1

serves at his third party custodian; and that the third party custodian has maintained close supervision of Mr. Vandeventer. Based on Mr. Vandeventer's track record on pretrial release, the PTSO does not consider him a flight risk.

For the reasons stated above, the parties stipulate as follows:

(i) That the court in this case should delete Condition no 7(j) of the Order Setting Conditions of Release, Additional Conditions of Release (Dkt. 13).

DATED: 6/2/2021   /s/ Justin Gilio
JUSTIN GILIO
Assistant United States Attorney

DATED: 6/2/2021   /s/ Richard M. Oberto
RICHARD M. OBERTO
Attorney for Defendant,
Michael Erin Vandeventer

## **ORDER**

**IT IS HEREBY ORDERED**, for good cause showing, that the pretrial release conditions of the defendant MICHAEL ERIN VANDEVENTER ("Mr. Vandeventer") be modified to delete Condition no. 7(j) of the Order Setting Conditions of Release, Additional Conditions of Release (Dkt. 13), which required electronic monitoring and curfew. All other conditions of pretrial release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 4, 2021**

UNITED STATES MAGISTRATE JUDGE

3