PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ERIN VANDEVENTER,<br><br>Defendant. | CASE NO. 1:20-CR-00206-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: March 13, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**BACKGROUND**

This case is set for sentencing on March 13, 2023. By this stipulation, defendant now moves to continue sentencing until May 15, 2023, at 8:30 a.m. The continuance is necessary and good cause exists because Probation's calculation of defendant's guidelines range differed substantially from the estimation of the parties as outlined in the plea agreement. As such, the parties desire the additional time to review the pre-sentence report, conduct legal research, and consult with each other.

The Presentence Investigation Report Schedule is revised as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | May 15, 2023 |
| Reply or Statement of Non-Opposition: | May 8, 2023 |
| Formal Objections to PSR shall be filed: | May 1, 2023 |
| The final Presentence Report shall be filed: | April 24, 2023 |
| Counsel's informal written objections: | April 17, 2023 |

1

IT IS SO STIPULATED.

Dated: February 8, 2023                    PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ JUSTIN J. GILIO
                                           JUSTIN J. GILIO
                                           Assistant United States Attorney

Dated: February 8, 2023                    /s/ Richard Oberto
                                           Richard Oberto
                                           Counsel for Defendant
                                           MICHAEL ERIN
                                           VANDEVENTER

IT IS SO ORDERED.

Dated:   February 9, 2023                  _____
                                           UNITED STATES DISTRICT JUDGE