Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MICHAEL VANDEVENTER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00206-ADA-BAM-1 |
| Plaintiff, | Stipulation and Order To Continue Sentencing Date |
| vs. | |
| MICHAEL VANDEVENTER | |
| Defendants. | |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. Sentencing in this case is currently scheduled for May 15, 2023 and the parties mutually agree to continue that proceeding to July 17, 2023. The continuance is necessary and appropriate for the following reasons.

2. New defense counsel first appeared on this case on April 17, 2023.

///

///

1

3. Defense counsel must review the voluminous discovery in this case before participating in sentencing or any other proceedings in this case.

It is so stipulated and agreed.

Dated: April 24, 2023

PHILLIP A. TALBERT,
United States Attorney

s/ Justin Gilio
Justin Gilio
Assistant United States Attorney

Dated: April 24, 2023

Respectfully submitted,

s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant,
MICHAEL VANDEVENTER

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the sentencing hearing in this case shall be continued from May 15, 2023 to Monday, July 17, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Dated: April 25, 2023

_____
UNITED STATES DISTRICT JUDGE

2