Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MICHAEL VANDEVENTER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL VANDEVENTER<br><br>    Defendants. | Case No.: 1:20-cr-00206-ADA-BAM-1<br><br>Stipulation and Order To Continue Sentencing Date |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. Sentencing in this case is currently scheduled for July 17, 2023, and the parties mutually agree to continue that proceeding to October 23, 2023. The continuance is necessary and appropriate for the following reasons.

2. Current defense counsel first appeared on this case on April 17, 2023.

///

///

///

1

3. Defense counsel must review the voluminous discovery in this case before participating in sentencing or any other proceedings in this case.

It is so stipulated and agreed.

Dated:   June 26, 2023                                    PHILLIP A. TALBERT,
                                                          United States Attorney


                                                           s/ Justin Gilio
                                                          Justin Gilio
                                                          Assistant United States Attorney


Dated:  June 26, 2023                                     Respectfully submitted,

                                                           s/ Kevin Rooney
                                                          KEVIN P. ROONEY
                                                          Attorney for Defendant,
                                                          MICHAEL VANDEVENTER


ORDER

  IT IS SO ORDERED, pursuant to the stipulation of the parties, that the sentencing hearing in this case shall be continued from July 17, 2023, to Monday, October 23, 2023, at 8:30 a.m.



IT IS SO ORDERED.

   Dated:   June 27, 2023                                 _____
                                                          UNITED STATES DISTRICT JUDGE