Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MICHAEL VANDEVENTER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00206-ADA-BAM-1 |
| Plaintiff, | Stipulation and Order To Continue Sentencing Date |
| vs. | |
| MICHAEL VANDEVENTER | |
| Defendants. | |

    The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. Sentencing in this case is currently scheduled for October 23, 2023 and the parties mutually agree to continue that proceeding as detailed below. The continuance is necessary and appropriate for the following reasons.

2. Current defense counsel first appeared on this case on April 17, 2023 after a guilty plea had been entered.

///

///

1

3. Defense counsel needed to review voluminous discovery in this case before participating in sentencing or any other proceedings in this case. After that review, defense counsel addressed the significant difference between the Sentencing Guideline offense level estimated by the parties in the previously entered plea agreement and the Guideline calculation methodology and resulting offense level in the draft PreSentence Report.

4. The parties have reached agreement on proceeding to sentencing with a revised sentencing recommendation from the government agree that an Amended or Supplemental PreSentence Report may be appropriate to address the revised recommendation and to update the description of Mr. Vandeventer's conduct since the PSR's preparation in February 2023.

5. The parties agree to the following schedule:

| | |
|---|---|
| Draft (Amended/Supplemental) PreSentence Report | November 13 |
| Informal Objections | November 20 |
| Final PreSentence Report | December 4 |
| Formal Objections | December 11 |
| Reply/Statement of Non-Opposition | December 18 |
| Sentencing Date | January 8, 2024 |

It is so stipulated and agreed.

Dated:   October 17, 2023                                   PHILLIP A. TALBERT,
                                                                                 United States Attorney


                                                                                  s/ Justin Gilio
                                                                                 Justin Gilio
                                                                                 Assistant United States Attorney

Dated: October 17, 2023

Respectfully submitted,

s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant,
MICHAEL VANDEVENTER

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the sentencing hearing in this case shall be continued from October 23, 2023 to Monday, January 8, 2024 at 8:30 a.m.

IT IS SO ORDERED.

Dated: October 18, 2023

_____
UNITED STATES DISTRICT JUDGE