Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MICHAEL VANDEVENTER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL VANDEVENTER,<br><br>    Defendant. | Case No.: 1:20-cr-00206<br><br>JOINT MOTION TO EXONERATE BOND AND ALL SECURITY PLEDGED IN THS CASE; ORDER THEREON |

    Defendant MICHAEL VANDEVENTER, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests this Court exonerate the security which formerly secured the appearance of Mr. Vandeventer during his pre-trial release and post-sentencing. The United States joins in this motion.

    A secured bond of $10,000 was posted by Mr. Vandeventer and his third-party custodian, Daniel Saenz, on November 30, 2020. Mr. Vandeventer was released from custody with release conditions. A Change of Plea Hearing was held December 12, 2022, and Mr. Vandeventer entered a guilty plea. On January 16, 2024, Mr. Vandeventer was sentenced by the Honorable Charles R. Breyer.

    Mr. Vandeventer has reported to serve his sentence and is in BOP custody according to the BOP inmate locator website.

1

Mr. Vandeventer respectfully requests the Court exonerate the secured bond of $10,000, corresponding to the pink slips received by the Court on December 10, 2020 for a 1994 Toyota, CA LP# 3GTY959, VIN# 362300 and on December 16, 2020 for a 2006 Mercedes, CA LP# 7BAU025, VIN# WDBUF70J36A867735 and a 1999 Dodge Durango, VIN# 1B4HS28Y3XF520202, No NV License Plate No. listed, which formerly secured Mr. Vandeventer's appearance in Case No. 1:20-cr-00206-CRB-BAM-1.

Dated: May 9, 2024        /s/ Kevin Rooney
                          Kevin P. Rooney
                          Attorney for Defendant,
                          Michael Vandeventer

Dated: May 9, 2024        PHILLIP A. TALBERT,
                          United States Attorney

                          s/ Justin Gilio
                          Justin Gilio
                          Assistant United States Attorney

## ORDER

IT IS ORDERED THAT the above request for the Court to exonerate all security pledged on behalf of Michael Vandeventer in this case, more specifically the secured property bond for $10,000, corresponding to the pink slips of the 1994 Toyota, CA LP# 3GTY959, VIN# 362300; the 2006 Mercedes, CA LP# 7BAU025, VIN# WDBUF70J36A867735 and 1999 Dodge Durango, VIN# 1B4HS28Y3XF520202, No NV License Plate No. listed, which formerly secured Mr. Vandeventer's appearance in Case No. 1:20-cr-00206-CRB-BAM-1, is hereby granted; and all security in this case is exonerated and shall be returned to its owner.

IT IS SO ORDERED.

Dated: **May 10, 2024**

UNITED STATES MAGISTRATE JUDGE